Thomas H. Allen, State Bar #11160
Kevin C. McCoy, State Bar #20333
**ALLEN & SALA, P.L.C.**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@allen-sala.com
kmccoy@allen-sala.com

Attorneys for Trustee Lothar Goernitz

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT S. PERSINGER and MARTA PERSINGER AKA MARTA C. QUANSTROM, | Case No. 2-06-bk-02420-GBN |
| Debtors. | |
| LOTHAR GOERNITZ, CHAPTER 7 TRUSTEE, | Adv. No. 2-06-ap-01004-GBN |
| Plaintiff. | |
| v. | **COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS** |
| ROBERT S. PERSINGER and MARTA PERSINGER AKA MARTA C. QUANSTROM, | |
| Defendants. | |

Lothar Goernitz, Chapter 7 Trustee for the above-captioned bankruptcy estate ("Trustee" or "Plaintiff"), by and through counsel undersigned, for his Complaint objecting to the Discharge of Debtors Robert S. Persinger and Marta Persinger, aka Marta C. Quanstrom, husband and wife ("Debtors" or "Defendants"), hereby states and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 11 U.S.C. §727, 28 U.S.C. §§1334 and 157(b), and Bankruptcy Rules 7001, *et seq.*

2. This is a core proceeding, and venue is appropriate with this Court.

3. The Debtors filed a voluntary bankruptcy petition for relief under Chapter 7 of the Bankruptcy Code on August 4, 2006 ("Petition Date").

4. Defendants reside in Maricopa County, Arizona.

**FACTS**

5. On October 12, 2006, the Trustee filed and served upon the Defendants a *Notice of Deposition and Request for Production of Documents* ("Notice of Deposition").

6. The Notice of Deposition set a deadline of October 23, 2006 by which the Debtors were required to produce complete copies of, among other things, documents relating to the Debtors' personal financial condition, and all documents pertaining to Greenway Dental Care, the dental practice of the Debtors ("Dental Practice"), including but not limited to, bank statements, accounts receivable, assets, profit and loss statements, balance sheets, business inventory and equipment lists, and any and all lease agreements in the Debtors' name or in which the Debtors have or had an interest on the Petition Date.

7. Upon information and belief, the Dental Practice is a non-exempt asset of the bankruptcy estate pursuant to 11 U.S.C. § 541.

8. Upon information and belief, the Debtors have been operating an estate asset post-petition, and, despite demands by the Trustee, have failed to account for any funds received by, or expended on behalf of, the Dental Practice.

9. The Trustee also visited the Dental Practice on at least two (2) occasions to review the books and records, but those records either did not exist or were not made available for inspection.

10. The Debtors also failed to produce any documents requested by Trustee in the Notice of Deposition.

**COUNT I**

**DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(2)(B)**

11. The Trustee incorporates by reference each of the allegations contained in paragraphs 1 through 10 above as more fully set forth herein.

12. Upon information and belief, the Debtors, with intent to hinder, delay, or defraud

1 a creditor, or an officer of the estate charged with custody of property under this title, have transferred, removed, destroyed, mutilated, or concealed, or have permitted to be transferred, removed, destroyed, mutilated, or concealed, property of the estate, after the date of the filing of the Petition.

13. The Debtors have operated the Dental Practice post-petition and have not provided the Trustee with any financial records for the Dental Practice.

14. The Debtors have also failed to provide the Trustee with an accounting of the money that has been received by, or expended on behalf of, the Dental Practice.

15. Pursuant to 11 U.S.C. § 727(a)(2)(B), such activity with respect to non-exempt property of the estate is grounds to deny the Debtors a discharge.

## COUNT II

### DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(3)

16. The Trustee incorporates by reference each of the allegations contained in paragraphs 1 through 15 above as more fully set forth herein.

17. Upon information and belief, the Debtors, without justification, knowingly and fraudulently concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the Debtors' financial condition or business transactions might be ascertained.

18. Pursuant to 11 U.S.C. § 727(a)(3), the concealment or failure to keep or preserve such recorded information is grounds to deny the Debtors' discharge.

## COUNT III

### DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(4)(D)

19. The Trustee incorporates by reference each of the allegations contained in paragraphs 1 through 18 above as more fully set forth herein.

20. Upon information and belief, the Debtors knowingly and fraudulently withheld from the Trustee recorded information, including books, documents, records and papers relating to the Debtors' property and financial affairs.

21. Pursuant to 11 U.S.C. § 727(a)(4)(D), the withholding of such recorded

information from the Trustee is grounds to deny the Debtors' discharge.

**WHEREFORE**, Lothar Goernitz, Chapter 7 Trustee and Plaintiff herein, requests judgment against the Debtors and Defendants herein, Robert S. Persinger and Marta Persinger aka Marta C. Quanstrom, husband and wife, as follows:

A. Denying the Debtors' discharge pursuant to 11 U.S.C. § 727(a)(2)(B);

B. Denying the Debtors' discharge pursuant to 11 U.S.C. § 727(a)(3);

C. Denying the Debtors' discharge pursuant to 11 U.S.C. § 727(a)(4)(D); and

D. For the Trustee's reasonable costs and attorneys' fees expended herein together with interest thereon at a reasonable rate from the date of judgment until paid; and

E. For such other and further relief as this Court deems just and proper under circumstances of this case.

DATED: <u>November 16, 2006</u>

**ALLEN & SALA, P.L.C.**

<u>/s/ *KCM #20333*</u>
Thomas H. Allen
Kevin C. McCoy
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Lothar Goernitz