Dawn M. Maguire-Bayne, State Bar #20368
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee Lothar Goernitz, Judgment Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| LOTHAR GOERNITZ, Chapter 7 Trustee,<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>ROBERT S. PERSINGER and MARTA PERSINGER aka MARTA C. QUANSTROM,<br><br>Defendants/Judgment Debtors, | Case No.: 2:06-bk-02420-GBN<br>Adv. No.: 2:06-ap-01004-GBN<br><br>**NOTICE OF FILING QUARTERLY REPORT**<br><br>**(Earnings)** |
| ASSOCIATED DENTAL CARE PROVIDERS P.C.,<br><br>Garnishee. | |

**NOTICE IS HEREBY GIVEN** that Judgment Creditor, Lothar Goerntitz, Chapter 7 Trustee, by and through undersigned counsel, submits the attached *Quarterly Report* regarding the earnings garnishment against Associated Dental Care Providers, P.C.

DATED: April 23, 2013

                                              **ALLEN, SALA & BAYNE, PLC**

                                              */s/ DMMB 20368*
                                              Dawn M. Maguire-Bayne
                                              1850 N. Central Ave., Suite 1150
                                              Phoenix, Arizona 85004
                                              Attorneys for Plaintiff/Judgment Creditor

///

///

1

I:\6000\6100\6151-Goernitz\005-Persinger\Garnishment\Ntc of Quarterly Report-April 2013doc.doc
Case 2:06-ap-01004-GBN   Doc 89   Filed 04/23/13   Entered 04/23/13 16:16:46   Desc
Main Document   Page 1 of 3

**COPY** of the foregoing electronically
delivered by the ECF system on
April 23, 2013 to:

United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ 85003-1706

**COPY** of the foregoing mailed on
April 23, 2013 to:

Lothar Goernitz
P O Box 32961
Phoenix, AZ 85064
*Chapter 7 Trustee/Judgment Creditor*

Robert S. Persinger
Marta Persinger aka Marta C. Quanstrom
1885 W. Dion Drive
Anthem, AZ 85086
*Defendants/Judgment Debtors*

AMERICAN DENTAL PARTNERS, INC. aka
ASSOCIATED DENTAL CARE PROVIDERS, P.C.
Adriana Preciado
Payroll Coordinator
401 Edgewater Pl., Ste. 430
Wakefield, MA 01880-6225
*Garnishee*

*/s/ Monica Baca*

**QUARTERLY REPORT**
**for the Garnishment of**
**Marta C. Persinger**

United States Bankruptcy Court, District of Arizona
Case No.: 2:06-bk-02420-GBN
Adv. No. 2:06-ap-01004-GBN

1. Beginning Date: February 5, 2013  Ending Date: April 18, 2013

2. Payments received:

| DATE OF CHECK | PAYMENT AMOUNT |
|---|---|
| January 31, 2013 | $616.74 |
| February 15, 2013 | $2,160.53 |
| February 21, 2013 | $872.48 |
| February 28, 2013 | $607.24 |
| March 15, 2013 | $698.55 |
| March 29, 2013 | $1,236.85 |
| April 3, 2013 | $1,236.85 |
| April 18, 2013 | $698.55 |

3. Total amount credited to Judgment: $6,890.94

4. Amounts accrued during reporting period: See attached spreadsheet. (All payments applied to accrued interest, taxable costs, and then principal.)

5. Total outstanding balance due on Judgment as of April 18, 2013: $49,842.91

*If balance due is less than two times the previous non-exempt earnings paid, notify garnishee per A.R.S. § 12-1598.12(D).

3

I:\6000\6100\6151-Goernitz\005-Persinger\Garnishment\Ntc of Quarterly Report-April 2013doc.doc
Case 2:06-ap-01004-GBN   Doc 89   Filed 04/23/13   Entered 04/23/13 16:16:46   Desc
Main Document    Page 3 of 3