Marta Persinger aka Marta Quanstrom and Robert S. Persinger
Case No. 2:06-bk-02420-GBN
Adv. No. 2:06-ap-01004-GBN

| Judgment Amount of $120,000.00 | Attorneys' Fees and Taxable Costs | Total Judgment Amount | Date Payments Received | Days of Interest (from date of last payment) | Per Diem Interest Accrual on Judgment Amount | 4.96% Interest | Amount of Payment | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| $120,000.00 | $2,292.00 | $122,292.00 | October 16, 2007 | 140 | $16.62 | $2,326.80 | ($2,213.22) | $122,405.58 |
| $120,000.00 | $2,292.00 | $122,292.00 | November 13, 2007 | 28 | $16.62 | $465.36 | ($2,492.39) | $120,264.97 |
| $120,000.00 | $378.55 | $120,378.55 | December 17, 2007 | 34 | $16.36 | $556.24 | ($3,245.36) | $117,689.43 |
| $117,689.43 | $0.00 | $117,689.43 | January 15, 2008 | 29 | $15.99 | $463.71 | ($1,562.91) | $116,590.23 |
| $116,590.23 | $0.00 | $116,590.23 | February 19, 2008 | 35 | $15.84 | $554.40 | ($709.71) | $116,434.92 |
| $116,434.92 | $0.00 | $116,434.92 | June 17, 2008 | 119 | $15.82 | $1,882.58 | ($4,648.35) | $113,669.15 |
| $113,669.15 | $0.00 | $113,669.15 | July 21, 2008 | 34 | $15.45 | $525.30 | ($1,284.35) | $112,910.10 |
| $112,910.10 | $0.00 | $112,910.10 | July 21, 2008 | 0 | $15.34 | $0.00 | ($1,284.35) | $111,625.75 |
| $111,625.75 | $0.00 | $111,625.75 | August 14, 2008 | 24 | $15.17 | $364.08 | ($1,130.10) | $110,859.73 |
| $110,859.73 | $0.00 | $110,859.73 | August 14, 2008 | 0 | $15.06 | $0.00 | ($1,431.92) | $109,427.81 |
| $109,427.81 | $0.00 | $109,427.81 | September 5, 2008 | 22 | $14.87 | $327.14 | ($1,284.35) | $108,470.60 |
| $108,470.60 | $0.00 | $108,470.60 | September 11, 2008 | 6 | $14.74 | $88.50 | ($1,284.35) | $107,274.75 |
| $107,274.75 | $0.00 | $107,274.75 | October 6, 2008 | 25 | $14.58 | $364.50 | ($973.60) | $106,665.65 |
| $106,665.65 | $0.00 | $106,665.65 | October 16, 2008 | 10 | $14.49 | $145.00 | ($1,431.92) | $105,378.73 |
| $105,378.73 | $0.00 | $105,378.73 | November 6, 2008 | 21 | $14.32 | $300.93 | ($1,130.10) | $104,549.56 |
| $104,549.56 | $0.00 | $104,549.56 | December 1, 2008 | 25 | $14.21 | $355.25 | ($1,284.35) | $103,620.46 |
| $103,620.46 | $0.00 | $103,620.46 | December 12, 2008 | 11 | $14.08 | $154.99 | ($1,130.10) | $102,645.35 |
| $102,645.35 | $0.00 | $102,645.35 | December 29, 2008 | 17 | $13.95 | $237.32 | ($973.60) | $101,909.07 |
| $101,909.07 | $0.00 | $101,909.07 | January 23, 2009 | 25 | $13.85 | $346.25 | ($1,215.72) | $101,039.60 |
| $101,039.60 | $0.00 | $101,039.60 | January 26, 2009 | 3 | $13.73 | $41.22 | ($1,130.10) | $99,950.72 |
| $99,950.72 | $0.00 | $99,950.72 | February 10, 2009 | 15 | $13.58 | $203.85 | ($1,442.22) | $98,712.35 |
| $98,712.35 | $0.00 | $98,712.35 | March 11, 2009 | 29 | $13.41 | $389.18 | ($1,137.47) | $97,964.06 |
| $97,964.06 | $0.00 | $97,964.06 | March 20, 2009 | 9 | $13.31 | $119.79 | ($1,137.47) | $96,946.38 |
| $96,946.38 | $0.00 | $96,946.38 | April 20, 2009 | 31 | $13.17 | $408.58 | ($1,137.47) | $96,217.49 |
| $96,217.49 | $0.00 | $96,217.49 | May 4, 2009 | 14 | $13.08 | $183.12 | ($2,294.14) | $94,106.47 |
| $94,106.47 | $0.00 | $94,106.47 | August 10, 2009 | 98 | $12.79 | $1,254.40 | ($7,528.52) | $87,832.35 |
| $87,832.35 | $0.00 | $87,832.35 | September 10, 2009 | 31 | $11.94 | $370.14 | ($2,595.80) | $85,606.69 |
| $85,606.69 | $0.00 | $85,606.69 | September 23, 2009 | 13 | $11.63 | $151.32 | ($1,442.22) | $84,315.79 |
| $84,315.79 | $0.00 | $84,315.79 | September 24, 2009 | 1 | $11.46 | $11.47 | ($1,442.22) | $82,885.04 |
| $82,885.04 | $0.00 | $82,885.04 | November 9, 2009 | 46 | $11.26 | $518.42 | ($1,297.90) | $82,105.56 |
| $82,105.56 | $0.00 | $82,105.56 | November 24, 2009 | 15 | $11.16 | $167.40 | ($3,172.27) | $79,100.69 |
| $79,100.69 | $0.00 | $79,100.69 | January 21, 2010 | 58 | $10.75 | $624.08 | $0.00 | $79,724.77 |
| $79,724.77 | $0.00 | $79,724.77 | December 21, 2010 | 334 | $10.83 | $3,620.56 | ($379.18) | $82,966.15 |
| $82,966.15 | $0.00 | $82,966.15 | January 3, 2011 | 13 | $11.27 | $146.64 | ($725.60) | $82,387.19 |

| Judgment Amount of $120,000.00 | Attorneys' Fees and Taxable Costs | Total Judgment Amount | Date Payments Received | Days of Interest (from date of last payment) | Per Diem Interest Accrual on Judgment Amount | 4.96% Interest | Amount of Payment | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| $82,387.19 | $0.00 | $82,387.19 | January 19, 2011 | 16 | $11.20 | $179.20 | ($584.49) | $81,981.90 |
| $81,981.90 | $0.00 | $81,981.90 | February 9, 2011 | 21 | $11.14 | $234.15 | ($688.67) | $81,527.38 |
| $81,527.38 | $0.00 | $81,527.38 | February 22, 2011 | 13 | $11.08 | $144.17 | ($675.38) | $80,996.17 |
| $80,996.17 | $0.00 | $80,996.17 | March 3, 2011 | 9 | $11.01 | $99.09 | ($688.67) | $80,406.59 |
| $80,406.59 | $0.00 | $80,406.59 | March 23, 2011 | 20 | $10.93 | $218.60 | ($1,110.96) | $79,514.23 |
| $79,514.23 | $0.00 | $79,514.23 | April 5, 2011 | 13 | $10.81 | $140.53 | ($688.67) | $78,966.09 |
| $78,966.09 | $0.00 | $78,966.09 | April 20, 2011 | 15 | $10.73 | $161.10 | ($412.80) | $78,714.39 |
| $78,714.39 | $0.00 | $78,714.39 | May 3, 2011 | 13 | $10.70 | $139.10 | ($709.14) | $78,144.35 |
| $78,144.35 | $0.00 | $78,144.35 | May 16, 2011 | 13 | $10.62 | $138.19 | ($1,186.96) | $77,095.58 |
| $77,095.58 | $0.00 | $77,095.58 | May 17, 2011 | 1 | $10.48 | $10.48 | ($709.14) | $76,396.92 |
| $76,396.92 | $0.00 | $76,396.92 | June 6, 2011 | 20 | $10.38 | $207.80 | ($738.75) | $75,865.97 |
| $75,865.97 | $0.00 | $75,865.97 | June 20, 2011 | 14 | $10.31 | $147.28 | ($709.15) | $75,304.10 |
| $75,304.10 | $0.00 | $75,304.10 | July 5, 2011 | 15 | $10.23 | $156.60 | ($885.25) | $74,575.45 |
| $74,575.45 | $0.00 | $74,575.45 | July 18, 2011 | 13 | $10.13 | $131.74 | ($709.15) | $73,998.04 |
| $73,998.04 | $0.00 | $73,998.04 | August 2, 2011 | 16 | $10.06 | $160.89 | ($915.92) | $73,243.01 |
| $73,243.01 | $0.00 | $73,243.01 | August 18, 2011 | 16 | $9.95 | $159.25 | ($718.70) | $72,683.56 |
| $72,683.56 | $0.00 | $72,683.56 | September 6, 2011 | 19 | $9.88 | $187.66 | ($1,135.22) | $71,736.00 |
| $71,736.00 | $0.00 | $71,736.00 | September 19, 2011 | 16 | $9.75 | $155.97 | ($718.70) | $71,173.28 |
| $71,173.28 | $0.00 | $71,173.28 | October 4, 2011 | 15 | $9.67 | $145.08 | ($1,147.36) | $70,170.99 |
| $70,170.99 | $0.00 | $70,170.99 | October 18, 2011 | 14 | $9.54 | $133.50 | ($718.70) | $69,585.79 |
| $69,585.79 | $0.00 | $69,585.79 | November 3, 2011 | 16 | $9.46 | $151.30 | ($1,217.51) | $68,519.58 |
| $68,519.58 | $0.00 | $68,519.58 | November 18, 2011 | 15 | $9.31 | $139.67 | ($718.70) | $67,940.54 |
| $67,940.54 | $0.00 | $67,940.54 | December 5, 2011 | 17 | $9.23 | $156.95 | ($658.57) | $67,438.93 |
| $67,438.93 | $0.00 | $67,438.93 | December 19, 2011 | 14 | $9.16 | $128.30 | ($751.82) | $66,815.41 |
| $66,815.41 | $0.00 | $66,815.41 | January 3, 2012 | 15 | $9.08 | $136.19 | ($564.36) | $66,387.24 |
| $66,387.24 | $0.00 | $66,387.24 | January 17, 2012 | 14 | $9.02 | $126.30 | ($718.92) | $65,794.62 |
| $65,794.62 | $0.00 | $65,794.62 | February 3, 2012 | 17 | $8.94 | $151.99 | ($1,135.14) | $64,811.47 |
| $64,811.47 | $0.00 | $64,811.47 | February 21, 2012 | 18 | $8.81 | $158.53 | ($718.92) | $64,251.09 |
| $64,251.09 | $0.00 | $64,251.09 | March 5, 2012 | 13 | $8.73 | $113.50 | ($1,039.80) | $63,324.79 |
| $63,324.79 | $0.00 | $63,324.79 | March 19, 2012 | 14 | $8.61 | $120.47 | ($718.92) | $62,726.34 |
| $62,726.34 | $0.00 | $62,726.34 | April 3, 2012 | 15 | $8.52 | $127.86 | ($696.51) | $62,157.69 |
| $62,157.69 | $0.00 | $62,157.69 | April 16, 2012 | 13 | $8.45 | $109.81 | ($718.92) | $61,548.58 |
| $61,548.58 | $0.00 | $61,548.58 | not received | 0 | $8.36 | $0.00 | $0.00 | $61,548.58 |
| $61,548.58 | $0.00 | $61,548.58 | not received | 0 | $8.36 | $0.00 | $0.00 | $61,548.58 |

Marta Persinger aka Marta Quanstrom and Robert S. Persinger
Case No. 2:06-bk-02420-GBN
Adv. No. 2:06-ap-01004-GBN

| Judgment Amount of $120,000.00 | Attorneys' Fees and Taxable Costs | Total Judgment Amount | Date Payments Received | Days of Interest (from date of last payment) | Per Diem Interest Accrual on Judgment Amount | 4.96% Interest | Amount of Payment | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| $61,548.58 | $0.00 | $61,548.58 | June 5, 2012 | 50 | $8.36 | $418.19 | ($667.55) | $61,299.22 |
| $61,299.22 | $0.00 | $61,299.22 | June 18, 2012 | 13 | $8.33 | $108.29 | ($718.92) | $60,688.59 |
| $60,688.59 | $0.00 | $60,688.59 | July 5, 2012 | 17 | $8.25 | $140.20 | ($531.04) | $60,297.75 |
| $60,297.75 | $0.00 | $60,297.75 | July 17, 2012 | 12 | $8.19 | $98.33 | ($718.92) | $59,677.16 |
| $59,677.16 | $0.00 | $59,677.16 | August 3, 2012 | 17 | $8.11 | $137.86 | ($594.29) | $59,220.73 |
| $59,220.73 | $0.00 | $59,220.73 | August 20, 2012 | 17 | $8.05 | $136.81 | ($709.52) | $58,648.02 |
| $58,648.02 | $0.00 | $58,648.02 | September 5, 2012 | 16 | $7.97 | $127.52 | ($461.67) | $58,313.86 |
| $58,313.86 | $0.00 | $58,313.86 | not received | 0 | $7.92 | $0.00 | $0.00 | $58,313.86 |
| $58,313.86 | $0.00 | $58,313.86 | October 2, 2012 | 27 | $7.92 | $213.96 | ($782.27) | $57,745.55 |
| $57,745.55 | $0.00 | $57,745.55 | October 19, 2012 | 17 | $7.85 | $133.40 | ($709.52) | $58,588.47 |
| $58,588.47 | $0.00 | $58,588.47 | November 5, 2012 | 34 | $7.96 | $270.69 | ($594.86) | $58,264.30 |
| $58,264.30 | $0.00 | $58,264.30 | November 20, 2012 | 15 | $7.92 | $118.76 | ($692.24) | $57,690.83 |
| $57,690.83 | $0.00 | $57,690.83 | December 3, 2012 | 13 | $7.84 | $101.92 | ($983.99) | $56,808.75 |
| $56,808.75 | $0.00 | $56,808.75 | not received | 0 | $7.72 | $0.00 | $0.00 | $56,808.75 |
| $56,808.75 | $0.00 | $56,808.75 | January 3, 2013 | 31 | $7.72 | $239.31 | ($374.42) | $56,673.64 |
| $56,673.64 | $0.00 | $56,673.64 | January 22, 2013 | 19 | $7.70 | $146.33 | ($707.35) | $56,112.62 |
| $56,112.62 | $0.00 | $56,112.62 | February 5, 2013 | 14 | $7.63 | $106.75 | ($616.74) | $55,602.63 |
| $55,602.63 | $0.00 | $55,602.63 | February 19, 2013 | 14 | $7.56 | $105.78 | ($2,160.53) | $53,547.88 |
| $53,547.88 | $0.00 | $53,547.88 | February 25, 2013 | 6 | $7.28 | $43.66 | ($872.48) | $52,719.06 |
| $52,719.06 | $0.00 | $52,719.06 | March 5, 2013 | 8 | $7.16 | $57.31 | ($607.24) | $52,169.14 |
| $52,169.14 | $0.00 | $52,169.14 | March 25, 2013 | 20 | $7.09 | $141.79 | ($698.55) | $51,612.37 |
| $51,612.37 | $0.00 | $51,612.37 | April 3, 2013 | 9 | $7.01 | $63.12 | ($1,236.85) | $50,438.65 |
| $50,438.65 | $0.00 | $50,438.65 | April 18, 2013 | 15 | $6.85 | $102.81 | ($698.55) | $49,842.91 |